**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: CRESTALLIANCE, LLC § Case No. 2:17-bk-24396-ER
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David M. Goodrich, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,235,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,483,415.78 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $291,989.51 | | |

3) Total gross receipts of $1,775,405.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,775,405.29 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,769,345.00 | $1,031,629.40 | $1,029,314.15 | $1,029,314.15 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $292,011.74 | $291,989.51 | $291,989.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $819.61 | $819.61 | $819.61 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $80,000.00 | $6,079,746.99 | $6,079,746.99 | $453,282.02 |
| **TOTAL DISBURSEMENTS** | $2,849,345.00 | $7,404,207.74 | $7,401,870.26 | $1,775,405.29 |

4) This case was originally filed under chapter 11 on 11/22/2017, and it was converted to chapter 7 on 01/17/2018. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2020        By: /s/ David M. Goodrich
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo Dip Acct 9062 | 1129-000 | $2,226.27 |
| 592-594 E. 6th Street, Azusa CA | 1110-000 | $600,297.28 |
| Wells Fargo -DIP Acct 9260 | 1129-000 | $170.26 |
| Wells Fargo Dip Acct 9302 | 1129-000 | $2,684.98 |
| 1804-1806 S. Chapel Alhambra CA | 1110-000 | $1,170,026.50 |
| **TOTAL GROSS RECEIPTS** | | **$1,775,405.29** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jingyuan Huang | 4120-000 | NA | $100,000.00 | $100,000.00 | $100,000.00 |
| | Ocwen Loan Servicing | 4110-000 | NA | $451,467.04 | $451,467.04 | $451,467.04 |
| | Ocwen Loan Servicing, LLC | 4110-000 | NA | $477,847.11 | $477,847.11 | $477,847.11 |
| 1 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 4110-000 | NA | $2,315.25 | $0.00 | $0.00 |
| N/F | BSI | 4110-000 | $1,400,000.00 | NA | NA | NA |
| N/F | Ocwen | 4110-000 | $442,988.00 | NA | NA | NA |
| N/F | Ocwen | 4110-000 | $426,357.00 | NA | NA | NA |
| N/F | QINT TAO | 4110-000 | $500,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,769,345.00** | **$1,031,629.40** | **$1,029,314.15** | **$1,029,314.15** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David M. Goodrich | 2100-000 | NA | $76,512.16 | $76,512.16 | $76,512.16 |
| Trustee, Expenses - David M. Goodrich | 2200-000 | NA | $206.33 | $184.10 | $184.10 |
| Attorney for Trustee Fees - Weiland, Golden & Goodrich, LLP | 3110-000 | NA | $47,700.00 | $47,700.00 | $47,700.00 |
| Attorney for Trustee, Expenses - Weiland, Golden & Goodrich, LLP | 3120-000 | NA | $1,283.01 | $1,283.01 | $1,283.01 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - BOND | 2300-000 | NA | $644.70 | $644.70 | $644.70 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $3.05 | $3.05 | $3.05 |
| Insurance - Simultaneous Policy Adjustment | 2420-750 | NA | $324.00 | $324.00 | $324.00 |
| Costs re Sale of Property - 1099 Processing | 2500-000 | NA | $75.00 | $75.00 | $75.00 |
| Costs re Sale of Property - 1099 Processing fee | 2500-000 | NA | $75.00 | $75.00 | $75.00 |
| Costs re Sale of Property - Drawing Documenet Fee | 2500-000 | NA | $75.00 | $75.00 | $75.00 |
| Costs re Sale of Property - Drawing documentation fee | 2500-000 | NA | $75.00 | $75.00 | $75.00 |
| Costs re Sale of Property - Escrow Fee | 2500-000 | NA | $1,755.00 | $1,755.00 | $1,755.00 |
| Costs re Sale of Property - Escrow fee | 2500-000 | NA | $1,200.00 | $1,200.00 | $1,200.00 |
| Costs re Sale of Property - FIle Archive | 2500-000 | NA | $29.00 | $29.00 | $29.00 |
| Costs re Sale of Property - Fedex fee | 2500-000 | NA | $19.00 | $19.00 | $19.00 |
| Costs re Sale of Property - File archive fee | 2500-000 | NA | $29.00 | $29.00 | $29.00 |
| Costs re Sale of Property - Messenger Fee | 2500-000 | NA | $15.00 | $15.00 | $15.00 |
| Costs re Sale of Property - Michael P Spagnola and Dianna L Spagnola | 2500-000 | NA | $215.15 | $215.15 | $215.15 |
| Costs re Sale of Property - Overnight mail fee | 2500-000 | NA | $15.00 | $15.00 | $15.00 |
| Costs re Sale of Property - Owners Title Insurance | 2500-000 | NA | $2,388.00 | $2,388.00 | $2,388.00 |
| Costs re Sale of Property - Owners title insurance | 2500-000 | NA | $1,234.00 | $1,234.00 | $1,234.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Costs re Sale of Property - Premier NHD Report | 2500-000 | NA | $99.00 | $99.00 | $99.00 |
| Costs re Sale of Property - Recording Order Fee | 2500-000 | NA | $38.00 | $38.00 | $38.00 |
| Costs re Sale of Property - Recording Reconveyance | 2500-000 | NA | $78.00 | $78.00 | $78.00 |
| Costs re Sale of Property - Recording order fee | 2500-000 | NA | $38.00 | $38.00 | $38.00 |
| Costs re Sale of Property - SubEscrow Fee | 2500-000 | NA | $62.50 | $62.50 | $62.50 |
| Costs re Sale of Property - Suspense Credit | 2500-000 | NA | $26.50 | $26.50 | $26.50 |
| Costs re Sale of Property - Wire Fee | 2500-000 | NA | $15.00 | $15.00 | $15.00 |
| Costs re Sale of Property - sub escrow fee | 2500-000 | NA | $62.50 | $62.50 | $62.50 |
| Costs re Sale of Property - wire fee | 2500-000 | NA | $30.00 | $30.00 | $30.00 |
| Banking and Technology Service Fee - East West Bank | 2600-000 | NA | $459.03 | $459.03 | $459.03 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,090.58 | $1,090.58 | $1,090.58 |
| Other State or Local Taxes (post-petition) - County of Los Angeles | 2820-000 | NA | $660.00 | $660.00 | $660.00 |
| Other State or Local Taxes (post-petition) - County of Los Angeles | 2820-000 | NA | $1,287.00 | $1,287.00 | $1,287.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $4,591.11 | $4,591.11 | $4,591.11 |
| Other State or Local Taxes (post-petition) - Los Angeles County Tax Collector | 2820-000 | NA | $2,542.32 | $2,542.32 | $2,542.32 |
| Other State or Local Taxes (post-petition) - Los Angeles Tax Collector | 2820-000 | NA | $2,870.96 | $2,870.96 | $2,870.96 |
| Other Chapter 7 Administrative Expenses - City of Alhambra utilty | 2990-000 | NA | $428.51 | $428.51 | $428.51 |
| Other Chapter 7 Administrative Expenses - Deposit | 2990-000 | NA | $750.00 | $750.00 | $750.00 |
| Other Chapter 7 Administrative Expenses - Prepaid deposit | 2990-000 | NA | $2,325.00 | $2,325.00 | $2,325.00 |
| Other Chapter 7 Administrative Expenses - Prorated Rent | 2990-000 | NA | $1,312.67 | $1,312.67 | $1,312.67 |
| Other Chapter 7 Administrative Expenses - Prorated rent | 2990-000 | NA | $525.00 | $525.00 | $525.00 |
| Other Chapter 7 Administrative Expenses - FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2990-000 | NA | $10,845.70 | $10,845.70 | $10,845.70 |
| Accountant for Trustee Fees (Other Firm) - LEA Accountancy, LLP | 3410-000 | NA | $20,266.00 | $20,266.00 | $20,266.00 |
| Accountant for Trustee Expenses (Other Firm) - LEA Accountancy, LLP | 3420-000 | NA | $535.96 | $535.96 | $535.96 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Realtor for Trustee Fees (Real Estate Commissions) - Coldwell Banker George Realty | 3510-000 | NA | $35,100.00 | $35,100.00 | $35,100.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Neiman Realty | 3510-000 | NA | $18,000.00 | $18,000.00 | $18,000.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Neiman Realty | 3510-000 | NA | $35,100.00 | $35,100.00 | $35,100.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Prodley Properties | 3510-000 | NA | $18,000.00 | $18,000.00 | $18,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$292,011.74** | **$291,989.51** | **$291,989.51** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | FRANCHISE TAX BOARD | 5800-000 | NA | $819.61 | $819.61 | $819.61 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$819.61** | **$819.61** | **$819.61** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | FRANCHISE TAX BOARD | 7100-000 | NA | $72.00 | $72.00 | $5.37 |
| 4 | Wenqing Chao | 7100-000 | NA | $735,500.00 | $735,500.00 | $54,835.99 |
| 5 | Qing Tao | 7100-000 | NA | $718,000.00 | $718,000.00 | $53,531.26 |
| 6 | IRIS LIU | 7100-000 | NA | $1,880,000.00 | $1,880,000.00 | $140,165.40 |
| 7 | Wen Bai | 7100-000 | NA | $530,000.00 | $530,000.00 | $39,514.72 |
| 8 | ServPro dba Delta Dawgs Construction Corp | 7100-000 | NA | $77,809.76 | $77,809.76 | $5,801.19 |
| 9 | Wei Jiang | 7100-000 | NA | $560,000.00 | $560,000.00 | $41,751.40 |
| 10 | Xin Quan | 7100-000 | NA | $786,641.52 | $786,641.52 | $58,648.89 |
| 11 | Yun Yan, through attorney in fact Yan Pang | 7100-000 | NA | $791,723.71 | $791,723.71 | $59,027.80 |
| N/F | Amy Chang | 7100-000 | $80,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$80,000.00** | **$6,079,746.99** | **$6,079,746.99** | **$453,282.02** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 2:17-bk-24396-ER
**Case Name:** CRESTALLIANCE, LLC

**For Period Ending:** 12/10/2020

**Trustee Name:** (001790) David M. Goodrich
**Date Filed (f) or Converted (c):** 01/17/2018 (c)
**§ 341(a) Meeting Date:** 03/08/2018
**Claims Bar Date:** 07/09/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo -DIP Acct 9260 | 25.00 | 170.26 | | 170.26 | FA |
| 2 | Wells Fargo Dip Acct 9062 | 25.00 | 2,226.27 | | 2,226.27 | FA |
| 3 | Wells Fargo Dip Acct 9302 | 25.00 | 2,684.98 | | 2,684.98 | FA |
| 4 | Bank of America<br>closed | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 1804-1806 S. Chapel Alhambra CA<br>Per debtor the debtors interest is $400,000 | 1,000,000.00 | 727,038.50 | | 1,170,026.50 | FA |
| 6 | 592-594 E. 6th Street, Azusa CA<br>Per the schedules debtors interest is $100,000 | 550,000.00 | 106,018.59 | | 600,297.28 | FA |
| 7 | 2395 Roanoke Rd., San Marino CA<br>per the schedules debtors interest $200,000 | 2,200,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | Insurance proceeds to Servpro | 35,000.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$3,785,075.00** | **$838,138.60** | | **$1,775,405.29** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 2:17-bk-24396-ER
**Case Name:** CRESTALLIANCE, LLC
**For Period Ending:** 12/10/2020

**Trustee Name:** (001790) David M. Goodrich
**Date Filed (f) or Converted (c):** 01/17/2018 (c)
**§ 341(a) Meeting Date:** 03/08/2018
**Claims Bar Date:** 07/09/2018

**Major Activities Affecting Case Closing:**

Current period - All assets have been administered, the trustee will proceed to close the case.

The trustee submitted the final report, which was filed with the court [Dkt. 154]. Upon the filing of the final report, creditors 10 & 11 filed a motion to have their claims allowed as timely unsecured as they did not receive proper notice of the bar date. The trustee reviewed the motion, and supporting and did not oppose the motion, the court approved the motion. The trustee then amended the final report, and resubmitted to the UST for approval, the amended final report was filed with the court [Dkt. 159]. Prior to the final report hearing another late filed claim contacted the trustee stating their claim should be paid because they were not notified of the filing until after the bar date passed. The trustee reviewed the documents, and believed the claimant was not timely noticed. The trustee believes the tardily filed claim should be allowed for distribution under 11 US Code Section 726(a)(c). All claim issues have been resolved.

Estate returns have been competed.

Period ending December 31, 2019- The trustee filed an adversary proceeding bearing the case number 2:19-ap-01290. The complaint was filed for the sole purpose of declaratory relief in connection with a purported lien against the property sold by the trustee. Nancy Liu ("Defendant") held a $45,000 lien on the 1806 Chapel property. The debtor did not schedule the Defendant nor did she file a claim in the case. The trustee sold the property free and clear of the Liu lien. Defendant was served with sale motion, no opposition was filed. The trustee filed the complaint to state the Defendant is not entitled to a distribution from the estate. Defendant did not respond to the complaint. A default judgment was entered [Dkt. 18].

Objection to claims are not required.

Estate returns are in the process of being finalized.

There are no other assets to administer. The trustee will proceed to close the case.

Period ending December 31, 2018- The case was originally filed under chapter 11. The debtor listed an interest in real property located at 1804-1806 South Chapel Ave., Alhambra, California; 592-594 East 6th Street, Azusa, California; and 2395 Roanoke Road, San Marino, California. The United States Trustee's Office filed a motion to dismiss or covert the case [Dkt. 13], the case was converted to a chapter 7, and a trustee was appointed [Dkt. 23]. The trustee has employed general bankruptcy counsel to assist him with the sale of the properties [Dkt. 81 & 91]. The trustee employed a broker to assist him with the marketing and selling of the various real properties. The trustee filed a motion to sell the estate's interest in the Azusa property [Dkt. 50] and the motion was approved by the court [Dkt 67]. The sale has closed and the funds were received by the trustee.  After review of broker's value and the secured lenders relief from stay, the trustee found that the Roanoke Road property had no value, the trustee filed a motion to abandon the property [Dkt. 84 & 90]. The remaining property to be sold was the 6th Street property. The trustee filed a motion to sell the 6th Street property [Dkt. 100] and the court approved the sale [Dkt. 119]. The sale has closed and the trustee has received the sale proceeds. There are no other assets to administer.

The trustee is in the process of reviewing claims.

The trustee has employed an accountant [Dkt. 37 & 46]. The accountant is in the process of preparing the estate's tax returns.

**Initial Projected Date Of Final Report (TFR):** 12/31/2019         **Current Projected Date Of Final Report (TFR):** 08/10/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

| | | | Form 2 | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | | | **Cash Receipts And Disbursements Record** | | | Page: 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 2:17-bk-24396-ER | | Trustee Name: | | David M. Goodrich (001790) | |
| Case Name: | CRESTALLIANCE, LLC | | Bank Name: | | Mechanics Bank | |
| Taxpayer ID #: | **-***7330 | | Account #: | | ******8866 Checking Account | |
| For Period Ending: | 12/10/2020 | | Blanket Bond (per case limit): | | $5,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/18 | {1} | Wells Fargo Bank, N.A. | Close account | 1129-000 | 170.26 | | 170.26 |
| 01/30/18 | {2} | Wells Fargo Bank, N.A. | closeout of account | 1129-000 | 2,226.27 | | 2,396.53 |
| 01/30/18 | {3} | Wells Fargo Bank, N.A. | Close acct | 1129-000 | 2,684.98 | | 5,081.51 |
| 02/05/18 | 101 | International Sureties LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2018 FOR CASE #17-24396-ER, Bond No. 016030866 | 2300-000 | | 3.05 | 5,078.46 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,068.46 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,058.46 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,048.46 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,038.46 |
| 06/27/18 | | Michael P Spagnola and Dianna L Spagnola | Sale of property | | 106,018.59 | | 111,057.05 |
| | | Ocwen Loan Servicing | pay off         -$451,467.04 | 4110-000 | | | |
| | | Simultaneous Policy Adjustment | Simultaneous Policy Adjustment         -$324.00 | 2420-750 | | | |
| | | Prorated rent | Prorated rent         -$525.00 | 2990-000 | | | |
| | | Prepaid deposit | Prepaid deposit         -$2,325.00 | 2990-000 | | | |
| | | Neiman Realty | brokers fee         -$18,000.00 | 3510-000 | | | |
| | | Prodley Properties | Prodley Properties         -$18,000.00 | 3510-000 | | | |
| | | Owners title insurance | Owners title insurance         -$1,234.00 | 2500-000 | | | |
| | | wire fee | wire fee         -$30.00 | 2500-000 | | | |
| | | sub escrow fee | sub escrow fee         -$62.50 | 2500-000 | | | |
| | | Recording order fee | Recording order fee         -$38.00 | 2500-000 | | | |
| | | County of Los Angeles | Transfer tax fee         -$660.00 | 2820-000 | | | |
| | | Escrow fee | Escrow fee         -$1,200.00 | 2500-000 | | | |
| | | 1099 Processing fee | 1099 Processing fee         -$75.00 | 2500-000 | | | |
| | | Drawing documentation fee | Drawing documentation fee         -$75.00 | 2500-000 | | | |

Page Subtotals:    $111,100.10    $43.05

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 2:17-bk-24396-ER | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | CRESTALLIANCE, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7330 | Account #: | ******8866 Checking Account |
| For Period Ending: | 12/10/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Fedex fee | Fedex fee -$19.00 | 2500-000 | | | |
| | | File archive fee | File archive fee -$29.00 | 2500-000 | | | |
| | {6} | Michael and Dianna Spagnola | Sale of real property $600,297.28 | 1110-000 | | | |
| | | | costs -$215.15 | 2500-000 | | | |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.08 | 111,044.97 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 170.36 | 110,874.61 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 164.79 | 110,709.82 |
| 09/25/18 | | Yunying Chen | Sale of real property | | 603,525.82 | | 714,235.64 |
| | | Franchise Tax Board | Payoff -$4,591.11 | 2820-000 | | | |
| | | Ocwen Loan Servicing, LLC | -$477,847.11 | 4110-000 | | | |
| | | Los Angeles Tax Collector | 1st 1/2 county taxes -$2,870.96 | 2820-000 | | | |
| | | Prorated Rent | Prorated rent -$1,312.67 | 2990-000 | | | |
| | | Deposit | Deposit -$750.00 | 2990-000 | | | |
| | | Neiman Realty | Commission -$35,100.00 | 3510-000 | | | |
| | | Coldwell Banker George Realty | Commission -$35,100.00 | 3510-000 | | | |
| | | City of Alhambra utilty | Utility -$428.51 | 2990-000 | | | |
| | | Premier NHD Report | Premier NHD Report -$99.00 | 2500-000 | | | |
| | | Owners Title Insurance | Owners Title Insurance -$2,388.00 | 2500-000 | | | |
| | | Wire Fee | Wire fee -$15.00 | 2500-000 | | | |
| | | Overnight mail fee | Overnight mail fee -$15.00 | 2500-000 | | | |
| | | SubEscrow Fee | SubEscrow Fee -$62.50 | 2500-000 | | | |
| | | Recording Reconveyance | Recording Reconveyance -$78.00 | 2500-000 | | | |

Page Subtotals:    $603,525.82    $347.23

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 2:17-bk-24396-ER | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | CRESTALLIANCE, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7330 | Account #: | ******8866 Checking Account |
| For Period Ending: | 12/10/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | Recording Order Fee | Recording Order Fee -$38.00 | 2500-000 |  |  |  |
|  |  | County of Los Angeles | Transfer of tax -$1,287.00 | 2820-000 |  |  |  |
|  |  | Los Angeles County Tax Collector | Delinquent tax -$2,542.32 | 2820-000 |  |  |  |
|  |  | Escrow Fee | Escrow Fee -$1,755.00 | 2500-000 |  |  |  |
|  |  | 1099 Processing | 1099 Processing -$75.00 | 2500-000 |  |  |  |
|  |  | Drawing Documenet Fee | Drawing Documenet Fee -$75.00 | 2500-000 |  |  |  |
|  |  | Messenger Fee | Messenger Fee -$15.00 | 2500-000 |  |  |  |
|  |  | FIle Archive | FIle Archive -$29.00 | 2500-000 |  |  |  |
|  |  | Suspense Credit | Suspense Credit -$26.50 | 2500-000 |  |  |  |
|  | {5} | Yunying Chen | Sale of property $1,170,026.50 | 1110-000 |  |  |  |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 117.99 | 714,117.65 |
| 10/01/18 | 102 | Jingyuan Huang | Payment re: Note (Chapel) | 4120-000 |  | 100,000.00 | 614,117.65 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 585.36 | 613,532.29 |
| 11/08/18 | 103 | Weiland, Golden & Goodrich, LLP | EOD 11/8/2018 - Atty Interim Fees | 3110-000 |  | 37,335.00 | 576,197.29 |
| 11/08/18 | 104 | Weiland, Golden & Goodrich, LLP | EOD 11/8/2018 - Atty Interim Expenses | 3120-000 |  | 1,166.82 | 575,030.47 |
| 11/27/18 | 105 | International Sureties | Bond No. 016030866 Voided on 11/27/2018 | 2300-004 |  | 10.00 | 575,020.47 |
| 11/27/18 | 105 | International Sureties | Bond No. 016030866 Voided: check issued on 11/27/2018 | 2300-004 |  | -10.00 | 575,030.47 |
| 11/27/18 | 106 | International Sureties | Bond No. 016030866 | 2300-000 |  | 10.00 | 575,020.47 |
| 03/19/19 | 107 | International Sureties | Bond No. 016030866 | 2300-000 |  | 322.25 | 574,698.22 |
| 01/24/20 | 108 | International Sureties | Bond Payment #016030866 | 2300-000 |  | 312.45 | 574,385.77 |
| 02/05/20 |  | Transition transfer debit | Transition transfer debit | 9999-000 |  | 574,385.77 | 0.00 |
|  |  | COLUMN TOTALS |  |  | 714,625.92 | 714,625.92 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 574,385.77 |  |
|  |  | Subtotal |  |  | 714,625.92 | 140,240.15 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $714,625.92 | $140,240.15 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 2:17-bk-24396-ER | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | CRESTALLIANCE, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7330 | Account #: | ******0077 Demand Deposit Account |
| For Period Ending: | 12/10/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/20 | | Transition Credit from Mechanics Bank | Transition Transfer Credit | 9999-000 | 574,385.77 | | 574,385.77 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 459.03 | 573,926.74 |
| 09/03/20 | 1000 | David M. Goodrich | Combined trustee compensation & expense dividend payments. | | | 76,696.26 | 497,230.48 |
| | | David M. Goodrich | Claims Distribution - Fri, 08-07-2020        $76,512.16 | 2100-000 | | | |
| | | David M. Goodrich | Claims Distribution - Fri, 08-07-2020        $184.10 | 2200-000 | | | |
| 09/03/20 | 1001 | Weiland, Golden & Goodrich, LLP | Distribution payment - Dividend paid at 9.06% of $1,283.01; Claim # ; Filed: $1,283.01 | 3120-000 | | 116.19 | 497,114.29 |
| 09/03/20 | 1002 | Weiland, Golden & Goodrich, LLP | Distribution payment - Dividend paid at 21.73% of $47,700.00; Claim # ; Filed: $47,700.00 | 3110-000 | | 10,365.00 | 486,749.29 |
| 09/03/20 | 1003 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $20,266.00; Claim # ; Filed: $20,266.00 | 3410-000 | | 20,266.00 | 466,483.29 |
| 09/03/20 | 1004 | United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 466,133.29 |
| 09/03/20 | 1005 | LEA Accountancy, LLP | Distribution payment - Dividend paid at 100.00% of $535.96; Claim # ; Filed: $535.96 | 3420-000 | | 535.96 | 465,597.33 |
| 09/03/20 | 1006 | United States Trustee Processing Center | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # ; Filed: $650.00 | 2950-000 | | 650.00 | 464,947.33 |
| 09/03/20 | 1007 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Distribution payment - Dividend paid at 100.00% of $10,845.70; Claim # 3; Filed: $10,845.70 | 2990-000 | | 10,845.70 | 454,101.63 |
| 09/03/20 | 1008 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $819.61; Claim # 2P; Filed: $819.61 | 5800-000 | | 819.61 | 453,282.02 |
| 09/03/20 | 1009 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 7.46% of $72.00; Claim # 2U; Filed: $72.00 | 7100-000 | | 5.37 | 453,276.65 |
| 09/03/20 | 1010 | Wenqing Chao | Distribution payment - Dividend paid at 7.46% of $735,500.00; Claim # 4; Filed: $735,500.00 | 7100-000 | | 54,835.99 | 398,440.66 |
| 09/03/20 | 1011 | Qing Tao | Distribution payment - Dividend paid at 7.46% of $718,000.00; Claim # 5; Filed: $718,000.00 | 7100-000 | | 53,531.26 | 344,909.40 |
| 09/03/20 | 1012 | IRIS LIU | Distribution payment - Dividend paid at 7.46% of $1,880,000.00; Claim # 6; Filed: $1,880,000.00 | 7100-000 | | 140,165.40 | 204,744.00 |
| 09/03/20 | 1013 | Wen Bai | Distribution payment - Dividend paid at 7.46% of $530,000.00; Claim # 7; Filed: $530,000.00 Stopped on 09/21/2020 | 7100-005 | | 39,514.72 | 165,229.28 |
| 09/03/20 | 1014 | ServPro dba Delta Dawgs Construction Corp | Distribution payment - Dividend paid at 7.46% of $77,809.76; Claim # 8; Filed: $77,809.76 | 7100-000 | | 5,801.19 | 159,428.09 |
| 09/03/20 | 1015 | Wei Jiang | Distribution payment - Dividend paid at 7.46% of $560,000.00; Claim # 9; Filed: $560,000.00 | 7100-000 | | 41,751.40 | 117,676.69 |

Page Subtotals:   $574,385.77   $456,709.08

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2    Exhibit 9

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 2:17-bk-24396-ER | Trustee Name: | David M. Goodrich (001790) |
|---|---|---|---|
| Case Name: | CRESTALLIANCE, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7330 | Account #: | ******0077 Demand Deposit Account |
| For Period Ending: | 12/10/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/03/20 | 1016 | Xin Quan | Distribution payment - Dividend paid at 7.46% of $786,641.52; Claim # 10; Filed: $786,641.52 | 7100-000 |  | 58,648.89 | 59,027.80 |
| 09/03/20 | 1017 | Yun Yan, through attorney in fact Yan Pang | Distribution payment - Dividend paid at 7.46% of $791,723.71; Claim # 11; Filed: $791,723.71 | 7100-000 |  | 59,027.80 | 0.00 |
| 09/21/20 | 1013 | Wen Bai | Distribution payment - Dividend paid at 7.46% of $530,000.00; Claim # 7; Filed: $530,000.00 Stopped: check issued on 09/03/2020 | 7100-005 |  | -39,514.72 | 39,514.72 |
| 09/21/20 | 1018 | Wen Bai | Distribution payment - Dividend paid at 7.46% of $530,000.00; Claim # 7; Filed: $530,000.00 | 7100-000 |  | 39,514.72 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | COLUMN TOTALS |  |  | 574,385.77 | 574,385.77 | $0.00 |
|  | Less: Bank Transfers/CDs |  |  | 574,385.77 | 0.00 |  |
|  | Subtotal |  |  | 0.00 | 574,385.77 |  |
|  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  | NET Receipts / Disbursements |  |  | $0.00 | $574,385.77 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 6

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:17-bk-24396-ER | **Trustee Name:** | David M. Goodrich (001790) |
| **Case Name:** | CRESTALLIANCE, LLC | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***7330 | **Account #:** | ******0077 Demand Deposit Account |
| **For Period Ending:** | 12/10/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8866 Checking Account | $714,625.92 | $140,240.15 | $0.00 |
| ******0077 Demand Deposit Account | $0.00 | $574,385.77 | $0.00 |
| | $714,625.92 | $714,625.92 | $0.00 |

UST Form 101-7-TDR (10/1/2010)